UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
DOCKET NO. 2:97-mj-00112-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JIMMY SMITH,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the government's Motion for Remission of Fine. Having considered the government's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion for Remission of Fine (#30) is **GRANTED**, and the remaining fine of $500 is remitted as uncollectable.

Signed: February 16, 2017

Max O. Cogburn Jr
United States District Judge